# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF KENTUCKY
# FRANKFORT DIVISION

IN RE:   BOBBY G ROBERTS                                Case Number:   09-30338
         RENEE R ROBERTS
         Debtors

## UNCLAIMED PROPERTY REPORT

The Trustee now presents to the Clerk of the US Bankruptcy Court for deposit into the Registry of the Court as unclaimed property, the sum of $193.47, check #917639, for the following reason:

The Trustee is unable to locate the creditor.

PERSONS ENTITLED TO PROPERTY
AND LAST KNOWN ADDRESS:

SMITH, BONNIE
116 ALLEN ST
NEW CASTLE, KY 40050

Claim #  9

Claim Amount:  $4811.99

Dated:  June 25, 2014

/s/ Beverly M. Burden
Beverly M. Burden, Chapter 13 Trustee
Ky Bar ID: 09330
P O Box 2204
Lexington, KY  40588-2204
notices@ch13edky.com
859-233-1527